HEARING DATE: January 18, 2024
HEARING TIME: 10:00 am

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
: Case No. 23-11581 (LGB)
In re :
:
SAMIA TAXI, LLC, : (Chapter 11)
:
Debtor. :
:
---------------------------------------------------------- x

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon this Notice of Motion and the accompanying memorandum of law and declaration, the United States Trustee for Region 2 (the "United States Trustee"), will move this Court at a hearing (the "Hearing") before the Honorable Lisa G. Beckerman, Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on **January 18, 2024 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for an order converting this Chapter 11 case to a Chapter 7 case and for such other and further relief as this Court may deem just and proper. The original application is on file with the Clerk of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted via video conference using Zoom for Government. Parties wishing to appear at the Hearing must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) no later than 4:00 p.m. on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the

1

Zoom link to the Hearing to those parties who have made an electronic appearance.

PLEASE TAKE FURTHER NOTICE that the Court's Zoom Procedures are attached hereto.

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and personally served on the United States Trustee at the Alexander Customs House, One Bowling Green, New York, New York 10004, Attention: Paul K. Schwartzberg, no later than three days before the Hearing Date. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response. Failure to provide this information may be grounds to strike the response or to grant the motion by default.

Dated: New York, New York
December 12, 2023

    Respectfully submitted,

    WILLIAM K. HARRINGTON
    UNITED STATES TRUSTEE, REGION 2

By:  /s/ *Paul K. Schwartzberg*
    Paul K. Schwartzberg
    Trial Attorney

    Office of the United States Trustee – NY Office
    Alexander Hamilton Custom House
    One Bowling Green, Room 534
    New York, NY 10004-1408
    Telephone: (212) 510-0500